```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CARL B. WYNNE
 6

 7                  IN THE UNITED STATES DISTRICT COURT

 8                FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10

11  UNITED STATES OF AMERICA,    ) Mag. NO.05-48 PAN
                                 )
12              Plaintiff,       )
                                 ) STIPULATION AND [PROPOSED] ORDER
13       v.                      )
                                 )
14  CARL B. WYNNE,               ) Date:  June 30, 2005
                                 ) Time:  9:00 a.m.
15              Defendant.       ) Judge: Hon. Peter A. Nowinski
                                 )
16  _____ )

17
```

18      IT IS HEREBY STIPULATED and agreed to between the United States of
19 America through SAMANTHA SPANGLER, Assistant United States Attorney,
20 and defendant, CARL B. WYNNE, by and through his counsel, LIVIA R.
21 MORALES, Staff Attorney, that the trial confirmation set for April 28,
22 2005 at 9:00 a.m. and the jury trial set for Monday, May 16, 2005 at
23 9:00 a.m. be vacated and a status conference be set for Thursday, June
24 30, 2005 at 9:00 a.m.  Both parties have agreed to transfer this matter
25 the United State District Court for the Wester District of Texas
26 pursuant to Rule 20 of the Federal Rules of Criminal Procedure.
27 //
28 //

1   Speedy trial time may be excluded from the date of this order
2 through the date of the status conference set for June 20, 2005
3 pursuant to 18 U.S.C. §§ 3161 (h)(1)(G)(Local Code F) Transfer from
4 other District.
5 Dated: April 25, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

                                        /S/ LIVIA R. MORALES
                                        _____
                                        LIVIA R. MORALES
                                        Staff Attorney
                                        Attorney for Defendant
                                        CARL WYNNE

DATED: April 25, 2005
                                        McGREGOR SCOTT
                                        United States Attorney

                                        /s/  SAMANTHA SPANGLER
                                        _____
                                        SAMANTHA SPANGLER
                                        Assistant United States Attorney


**O R D E R**

   IT IS SO ORDERED.

   Dated:  April 26, 2005.


                                         /s/ Peter A. Nowinski
                                          Peter A. Nowinski
                                          Magistrate Judge