```
QUIN DENVIR, Bar #49374
Federal Defender
LIVIA R. MORALES, Bar #224504
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARL B. WYNNE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-05-48 PAN |
| ) | |
| Plaintiff, ) | **AMENDED** |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | |
| ) | |
| CARL B. WYNNE, ) | Date:  June 30, 2005 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Peter A. Nowinski |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED and agreed to between the United States of America through SAMANTHA SPANGLER, Assistant United States Attorney, and defendant, CARL B. WYNNE, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the trial confirmation set for April 28, 2005, at 9:00 a.m. and the jury trial set for Monday, May 16, 2005, at 9:00 a.m. be vacated and a status conference be set for Thursday, June 30, 2005, at 9:00 a.m.  Both parties have agreed to transfer this matter the United States District Court for the Western District of Texas pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

//

//

Speedy trial time may be excluded from the date of this order through the date of the status conference set for June 30, 2005, pursuant to 18 U.S.C. §§ 3161 (h)(1)(G)(Local Code F) Transfer from other District.

Dated: April 27, 2005.

    Respectfully submitted,

    QUIN DENVIR
    Federal Defender

    /S/ LIVIA R. MORALES
    _____
    LIVIA R. MORALES
    Staff Attorney
    Attorney for Defendant
    CARL WYNNE

DATED: April 27, 2005.

    McGREGOR SCOTT
    United States Attorney

    /s/ SAMANTHA SPANGLER
    _____
    SAMANTHA SPANGLER
    Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: May 2, 2005.

    /s/ Peter A. Nowinski
    PETER A. NOWINSKI
    Magistrate Judge

2